IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TIFFANY CHAVEZ,<br>*as next friend of*<br>SIMON ORLANDO CHAVEZ, JR.,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>STEPHNIE MENKE,<br><br>　　　　　　　　　Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§　CRIMINAL NO. 5:24-CV-00264-C<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

For the reasons stated in the Court's Order of even date,

IT IS ORDERED, ADJUDGED, AND DECREED that the above-styled and -numbered cause is dismissed with prejudice as frivolous.

Dated December 9, 2024.

_____
SAM R. CUMMINGS
Senior United States District Judge